■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. ATKINSON, Appellant. [885 NYS2d 208]—Appeal by the defendant from an order of the County Court, Suffolk County (Hudson, J.), dated August 25, 2008, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

There was clear and convincing evidence to support the County Court's determination to designate the defendant a level three sex offender *(see People v Fisher,* 36 AD3d 880 [2007]; *People v Inghilleri,* 21 AD3d 404 [2005]; *People v Guaman,* 8 AD3d 545 [2004]). There is no merit to the defendant's contention that he was entitled to a downward departure from this risk level *(see People v Abdullah,* 31 AD3d 515 [2006]; *People v Ventura,* 24 AD3d 527 [2005]; *People v Dexter,* 21 AD3d 403 [2005]). Fisher, J.P., Florio, Covello and Dickerson, JJ., concur.